FILED

2005 Dec-09  PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case Numbers:** |
| **vs.** | ) | **CR-02-S-604-NE** |
| | ) | **CV 04-S-8014-NE** |
| **BENJAMIN MICHAEL SLOAN** | ) | |

## ORDER

On November 4, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the motion to vacate, set aside, or correct sentence filed by Benjamin Michael Sloan pursuant to 28 U.S.C. § 2255, be denied.  No objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DONE this 9th day of December, 2005.

_____
United States District Judge